JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: RISING SUN ENTERPRISES, INC.; ANKUSH BANIPAL, INC.; NAND SINGH GARCHA, INC., <br><br> Debtors. <br>_____ | Bankr. Case No: LA 11-38519 SK |
| SOUTHERN CALIFORNIA EDISON COMPANY, <br><br> Appellant, <br><br> v. <br><br> RISING SUN ENTERPRISES, INC. <br><br> Appellee. <br>_____ | Dist. Ct. Case No: 2:12-cv-04978-MWF <br><br><br> **ORDER OF DISMISSAL** |

//

//

//

[PROPOSED] ORDER OF DISMISSAL

Pursuant to the stipulation by and between the parties to this action through their designated counsel, filed on December 3, 2012, the above-captioned action is hereby DISMISSED WITH PREJUDICE pursuant to Federal Rule of Civil Procedure 41(a)(1).

DATED: December 3, 2012

_____
Hon. Michael W. Fitzgerald
District Court Judge